```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13931
   DANETTE L LEE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2800


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/02/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 06/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------
TAYLOR BEAN & WHITAKE    CURRENT MORTG        .00              .00              .00
TAYLOR BEAN & WHITAKE    MORTGAGE ARRE     856.28              .00           856.28
BENEFICIAL ILLINOIS INC  CURRENT MORTG        .00              .00              .00
BENEFICIAL ILLINOIS INC  MORTGAGE ARRE    1254.00              .00           101.64
BENEFICIAL HFC           UNSECURED       NOT FILED             .00              .00
INTERNAL REVENUE SERVICE PRIORITY         6144.03              .00              .00
ARMOR SYSTEMS CO         UNSECURED       NOT FILED             .00              .00
ARMOR SYSTEMS CO         UNSECURED         198.83              .00              .00
CAPITAL ONE              UNSECURED        3218.94              .00              .00
CAPITAL ONE              UNSECURED        1214.22              .00              .00
CAPITAL ONE              UNSECURED         944.41              .00              .00
B-REAL LLC               UNSECURED        2694.64              .00              .00
CHASE BANK USA NA        UNSECURED         767.75              .00              .00
CREDITORS COLLECTION     UNSECURED       NOT FILED             .00              .00
ROUNDUP FUNDING LLC      UNSECURED        6951.75              .00              .00
DIVERSIFIED COLLECTION S UNSECURED       NOT FILED             .00              .00
DIVERSIFIED COLLECTION S UNSECURED       NOT FILED             .00              .00
FIRST FEDERAL CREDIT CON UNSECURED       NOT FILED             .00              .00
FFCC-COLUMBUS INC        UNSECURED       NOT FILED             .00              .00
FFCC-COLUMBUS INC        UNSECURED       NOT FILED             .00              .00
ECAST SETTLEMENT CORP    UNSECURED         944.39              .00              .00
ECAST SETTLEMENT CORP    UNSECURED        1334.76              .00              .00
JC PENNY                 UNSECURED         177.46              .00              .00
KEDZIE MEDICAL ASSOCIATE UNSECURED       NOT FILED             .00              .00
LOYALTY FINANCIAL        UNSECURED       NOT FILED             .00              .00
NATIONWIDE CREDIT INC    UNSECURED       NOT FILED             .00              .00
NELNET                   UNSECURED        9290.02              .00              .00
ROUNDUP FUNDING LLC      UNSECURED         958.53              .00              .00
UNIVERSITY PATHOLOGISTS  UNSECURED         358.50              .00              .00
UNITED COLLECTIONS       UNSECURED       NOT FILED             .00              .00
ROUNDUP FUNDING LLC      UNSECURED        1464.18              .00              .00
WELLS FARGO FINANCIAL IL UNSECURED         665.13              .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13931 DANETTE L LEE
```

```
WORLD FINANCIAL NETWORK    UNSECURED         312.52           .00              .00
CHASE BANK USA NA          SECURED NOT I     773.43           .00              .00
CODILIS & ASSOCIATES       NOTICE ONLY    NOT FILED           .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        2433.32           .00              .00
CAPITAL ONE                UNSECURED     NOT FILED            .00              .00
RUSH UNIVERSITY MED CENT   UNSECURED     NOT FILED            .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,414.00                        2,414.00
TOM VAUGHN                 TRUSTEE                                           248.98
DEBTOR REFUND              REFUND                                            450.00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                          4,070.90

PRIORITY                                              .00
SECURED                                            957.92
UNSECURED                                             .00
ADMINISTRATIVE                                   2,414.00
TRUSTEE COMPENSATION                               248.98
DEBTOR REFUND                                      450.00
                              ---------------   ---------------
TOTALS                           4,070.90         4,070.90
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 09/08/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```